The People of the State of New York, Respondent, *v.*
Norman Roye, Appellant.

Argued October 20, 1955; decided December 1, 1955.

*Harris B. Steinberg, Sylvester Cosentino, Irving Mendelson*
and *A. Cuyler Ten Eyck, Jr.,* for appellant.

*Frank S. Hogan, District Attorney (Charles W. Manning* of
counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Conway, Ch. J., Desmond, Fuld, Froessel, Van
Voorhis and Burke, JJ. Taking no part: Dye, J.